13736

SIMS v. EZELL *ET AL.*

(172 S. E., 129)

260

*Mr. D. W. Galloway,* for appellant,

*Messrs. J. J. Gentry* and *Lanham & Lanham,* for respondents,

December 12, 1933.

The opinion of the Court was delivered by MR. W. C. COTHRAN, ACTING ASSOCIATE JUSTICE.

The report of the master, which was confirmed by the Circuit Judge in this cause, is satisfactory to this Court and is hereby made its judgment.

Let the report of the master and the Circuit decree be reported.

Judgment affirmed.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.